# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEKION CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants | Civil Action No. 19-437 (CKK) |

**ORDER**
(September 27, 2019)

The Court is in receipt of Plaintiff's [12] Stipulation of Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is stipulated and agreed by the parties that this action is dismissed without costs or attorneys' fees to either party. Accordingly, it is hereby ORDERED this case is DISMISSED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge